CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 29 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:05CR00024 |
| | (Case No. 5:09CV80165) |
| v. | |
| | **FINAL JUDGMENT AND ORDER** |
| DAWN DEIBERT, | |
| | By: Glen E. Conrad |
| | United States District Judge |
| Defendant. | |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

as follows:

1. Ppetitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 (Dkt. No. 106) is hereby **DISMISSED** without prejudice, and the Clerk is directed to terminate CASE NO. 5:09CV80165 accordingly;

2. Petitioner's other motions (Dkt. No. 105 and 109) are **DENIED**; and

3. This action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this judgment and order to the defendant and to counsel of record for the government.

ENTER: This 29th day of July, 2009.

/s/ Glen E. Conrad
United States District Judge